KNOWLES v. COACH CO.

No. 252 PC.

Case below: 41 N.C. App. 709.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 September 1979.

LYNCH v. CONSTRUCTION CO.

No. 188 PC.

Case below: 41 N.C. App. 127.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 September 1979.

MAZZOCONE v. DRUMMOND

No. 29 PC.

Case below: 42 N.C. App. 493.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 25 September 1979.

MIDDLETON v. MYERS

No. 233 PC.

No. 110 (Fall Term).

Case below: 41 N.C. App. 543.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 10 September 1979.

NIEHAGE v. AUTO PARTS, INC.

No. 232 PC.

Case below: 41 N.C. App. 538.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 September 1979.